OPINION — AG — ** FUND IN WHICH ROYALTY MONEY SHOULD BE DEPOSITED — SCHOOL LANDS ** THE ROYALTY MONEY MENTIONED SHOULD BE DEPOSITED WITH THE STATE TREASURER TO THE CREDIT OF THE GENERAL REVENUE FUND (NO SPECIAL ACCOUNT OR SPECIAL FUND, STATE PROPERTY, INSTITUTIONS, OIL AND GAS MINERALS) CITE: 10 O.S. 249 [10-249], 64 O.S. 289 [64-289], 74 O.S. 98 [74-98] (JAMES C. HARKIN)